UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PATRICIA M. ORNER**                                                                                   **PLAINTIFF**

v.                                         CIVIL ACTION NO. **1:23cv236 HSO-BWR**

**MUDDY PRINCESS CORPORATION**
**and JOHN DOES 1-4**                                                                              **DEFENDANTS**

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Muddy Princess Corporation ("Muddy Princess" or "Defendant") files this Notice of Removal of the civil action styled *Patricia M. Orner vs. Muddy Princess Corporation and John Does 1-4*, Cause No. 24CI1:23-cv-00257, from the Circuit Court of Harrison County, Mississippi, First Judicial District, to the United States District Court for the Southern District of Mississippi, Southern Division. In support of this Notice, Defendant states the following:

1. Plaintiffs filed their current Complaint on July 24, 2023.

2. Muddy Princess was served with a copy of the Complaint and Summons on August 23, 2023. This Notice of Removal is therefore timely under 28 U.S.C. § 1446(b).

3. Venue is proper in the United States District Court for the Southern District of Mississippi, Southern Division because it is the district in which the state court action was filed. *See* 28 U.S.C. §§ 1446(a), 104(b)(1).

4. Pursuant to 28 U.S.C. § 1446(a) and L.U.Civ.R. 5(b), the entire state court record is attached as composite **Exhibit "A."**

5. The Court has diversity jurisdiction over this matter under 28 U.S.C. § 1332 because

\

(1) the amount in controversy exceeds $75,000.00, exclusive of costs and interest, and (2) there is diversity of citizenship between the Plaintiff and Defendant Muddy Princess.

6. The amount in controversy requirement is met because it is apparent that Plaintiff, based on the nature of the claimed injuries, seeks damages in excess of $75,000. Plaintiff seeks damages from injuries allegedly stemming from Plaintiff's participation in a race, called the "Muddy Princess Run," in which participants traverse a muddy course with certain obstacles. In participating in the race, Plaintiff contends that she injured herself while attempting to traverse an inflatable pool filled with water, head first, causing her to experience "temporary paralysis, as well as further complications to her neck." Orner Compl. at ¶ XVII. Specifically, Plaintiff contends she struck her head and neck and sustained "severe and serious personal injuries and impairments, which include, but are not limited to, the following: a nondisplaced fracture of the fifth cervical vertebra and an R vertebral artery occlusion." *Id*. at ¶¶ XXII, XXVII, and XXXIII. As a result Plaintiff alleges, against Muddy Princess, negligence, gross negligence, and willful and/or wanton misconduct and seeks past and future medical expenses, damages for past and future pain and suffering including loss of enjoyment of life, damages for past and future mental and emotional distress, interest, expert witness fees, and all other available legal and equitable relief. *Id*. at ¶¶ XXIII, XXVIII, XXXIV, and XXXV.

7. Further, counsel for Plaintiff and Muddy Princess conferred, on September 13, 2023, and agree that based on the nature of the claimed injuries and damages sought in the Complaint, the amount in controversy and damages sought will exceed $75,000.00, exclusive of costs and interest.[1]

8. Finally, given Plaintiff's demand for an unspecified amount of compensatory and

---

[1] Counsel for Plaintiff has represented that Plaintiff's medical current expenses are in excess of $100,000.00.

other damages, coupled with her allegations of gross negligence and willful and/or wanton conduct and representations as to the current amount of medical expenses in controversy, it appears that the amount in controversy requirement is met. *McCurley v. Holmes,* 2021 WL 4556025, at *3 (S.D. Miss. Oct. 5, 2021) (concluding that the amount in controversy requirement was satisfied where complaint sought unspecified amount of compensatory and punitive damages).

9. Diversity of citizenship exists because Defendant Muddy Princess is diverse from Plaintiff.

10. Plaintiff is alleged to be a citizen of Mississippi. Compl. at ¶ I.

11. Defendant Muddy Princess is a Florida corporation with its principal place of business in Florida. Compl. at ¶ II.

12. For these reasons, this Court has diversity jurisdiction under 28 U.S.C. § 1332, and removal is proper under §§ 1441 and 1446 since it is a civil action wherein diversity of citizenship exists and the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interests and costs.

13. The Defendant is serving a copy of this Notice of Removal on Plaintiff, through her attorney of record, and will file a true and correct copy of this Notice with the Clerk of the Circuit Court of Harrison County, Mississippi, First Judicial District, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Muddy Princess Corporation respectfully requests that the above-captioned action, now pending in the Circuit Court of Harrison County, Mississippi, First Judicial District, be removed to the United States District Court for the Southern District of Mississippi, Southern Division, and that this Court assume jurisdiction of this action and enter such other and further orders as may be necessary to accomplish the requested removal and promote the ends of

justice.

Dated: September 18, 2023

Respectfully submitted,

MUDDY PRINCESS CORPORATION
By Its Attorneys,

LEWIS BRISBOIS LLP


By: *Cable M. Frost*
 CABLE M FROST


OF COUNSEL:

Cable M. Frost (MB No. 100757)
Hamilton C. Armour (MB No. 106449)
LEWIS BRISBOIS LLP
1020 Highland Colony Parkway, Suite 310
Ridgeland, Mississippi 39157
Telephone: (601) 499-8120
Telecopier: (601) 499-8121
Cable.Frost@lewisbrisbois.com
Hamilton.Armour@lewisbrisbois.com


## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing *Notice of Removal* with the Clerk of the Court using the ECF system, which served a copy on all counsel of record.

Dated: September 18, 2023

*Cable M. Frost*

CABLE M. FROST